**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6386**

DAVID EDWARD CRAWLEY,

Plaintiff - Appellant,

v.

JOHN C. COMBS, Assistant Warden - Wallens Ridge State Prison,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Michael F. Urbanski, District Judge. (7:16-cv-00172-MFU-RSB)

Submitted: July 20, 2017                                    Decided: July 25, 2017

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Edward Crawley, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Edward Crawley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Crawley's motion for appointment of counsel and we affirm for the reasons stated by the district court. *Crawley v. Combs*, No. 7:16-cv-00172-MFU-RSB (W.D. Va. Feb. 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*